UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION


FILED
MAY 10 2017
[signature]
CLERK

*******************************************************************

| | | |
|---|---|---|
| DEAN ALLEN COCHRUN, | * | CIV 17-5025 |
| Petitioner, | * | |
| vs. | * | ORDER |
| SOUTH DAKOTA, and THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA, | * | |
| Respondents. | * | |

*******************************************************************

Petitioner Dean Allen Cochrun has applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge screened Mr. Cochrun's Petition and issued a Report and Recommendation recommending that Mr. Cochrun's Petition for Habeas Corpus be dismissed without prejudice. Petitioner filed no objections to the Report and Recommendation. Petitioner has also filed a Motion for Leave to Proceed *In Forma Pauperis* and a Motion for Hearing, Doc. 4, 6.

After conducting an independent review of the record, the Court agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED:

1. That Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, Doc. 4, is granted.

2. That Petitioner's Motion for Hearing Regarding Entrapment Methods Used in Appeal Process, Doc. 6, is both moot and without merit and is dismissed.

3. That the Report and Recommendation, Doc. 3, is ADOPTED.

4. That Petitioner's application for Writ of Habeas Corpus, Doc. 1, is dismissed without prejudice.

5. That no certificate of appealability shall issue.

Dated this 10th day of May, 2017.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: *Summer Wahyot*
Deputy